In the Matter of the Claim of MABEL CARPENTER, Appellant, against LAWRENCE J. KANE, Respondent.

STATE INDUSTRIAL BOARD, Respondent.

Submitted January 10, 1941; decided March 13, 1941.

*John J. Cucci* for appellant.

*Thomas J. Mangan* for Lawrence J. Kane, respondent.

Order affirmed, with costs against State Industrial Board; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.